Randolph S. Hicks, Esq. - SBN 83627
Sarvenaz J. Fahimi, Esq. - SBN 226148
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
RHicks@chdlawyers.com

**ATTORNEYS FOR** Defendant
Progressive Northern Insurance Company

*E-FILED - 8/25/09*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE LYNN RAISNER ZIMPLEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY, and DOES 1 through X, inclusive,<br><br>Defendants. | No. C09 03306 -RMW<br><br>**STIPULATION AND ORDER DISMISSING SECOND CAUSE OF ACTION OF COMPLAINT** |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO by and through their respective counsel, that the second cause of action of plaintiff's complaint for breach of the implied covenant of good faith and fair dealing be dismissed with prejudice and that defendant Progressive Northern Insurance Company shall file an answer to the first cause of action of the complaint.

Dated: August 13, 2009

CODDINGTON, HICKS & DANFORTH

By: _____
Randolph S. Hicks
Attorneys for Defendant
Progressive Northern Insurance Company

[signatures continued on page 2]

1  [signatures continued from page 1]

2  Dated: August 13, 2009                              MEIS & ASSOCIATES

3

4                                                      By: _____
                                                           Fred G. Meis
5                                                          Michael P. Purcell
                                                           Attorneys for Plaintiff
6                                                          Sadie Lynn Raisner Zimpelman

7

8                                            **ORDER**

9         The court concurs with the foregoing stipulation and it is hereby ordered that the second

10  cause of action of the complaint for breach of the implied covenant of good faith and fair dealing

11  is dismissed and that defendant Progressive Northern Insurance Company shall file an answer to the

12  first cause of action of the complaint on or before August 27, 2009.

13

14  Dated: 8/25/09                                _____
                                                  The Honorable Ronald M. Whyte

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400