| | |
|---|---|
| 1 | Randolph S. Hicks, Esq. - SBN 83627 |
|   | Sarvenaz J. Fahimi, Esq. - SBN 226148 |
| 2 | **CODDINGTON, HICKS & DANFORTH** |
|   | **A Professional Corporation, Lawyers** |
| 3 | 555 Twin Dolphin Drive, Suite 300 |
|   | Redwood City, California 94065-2133 |
| 4 | Tel. (650) 592-5400 |
|   | Fax.(650) 592-5027 |
| 5 | |
|   | **ATTORNEYS FOR** Defendant |
| 6 | Progressive Northern Insurance Company |

*E-FILED - 10/20/09*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

SADIE LYNN RAISNER ZIMPELMAN,

           Plaintiffs,

vs.

PROGRESSIVE NORTHERN INSURANCE COMPANY, and DOES 1 through X, inclusive,

           Defendants.

No. C09 03306

STIPULATION AND ORDER EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, by and through their respective counsel, that defendant Progressive Northern Insurance Company's time to file and serve its Answer will be extended to, and including, September 2, 2009. Progressive Northern Insurance Company attaches hereto a declaration in support of this Stipulation, pursuant to Civil L.R. 6-1(b) and L.R. 6-2.

Dated: August 27, 2009           CODDINGTON, HICKS & DANFORTH

By:     /s/
        Sarvenaz J. Fahimi*
        Attorneys for Defendant
        Progressive Northern Insurance Company

---

Stipulation and Order Extending Time to Answer;
Case No. C09 03306

1  (*)  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: August 27, 2009               MEIS & ASSOCIATES


By:   /s/
      Fred G. Meis
      Michael P. Purcell
      Attorneys for Plaintiff
      Sadie Lynn Raisner Zimpelman


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 10/20/09              *Ronald M. Whyte*
                             The Honorable Ronald M. Whyte

---

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Stipulation and Order Extending Time to Answer;
Case No. C09 03306

2